FW9760

ORIGINAL

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS**
FORT WORTH                    DIVISION

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION

2009 OCT 19  PM 4: 01

CLERK OF COURT

BROOKES BAKER and
FRED GRIFFITH
_____,                    §
                                     §
**Plaintiff**                        §
                                     §
v. CITY OF WHITE SETTLEMENT,         §
   TEXAS and RANDALL G. BROWN        §
   _____,                 §
                                     §
**Defendant**

**4-09 CV-620-A**

**Case Number**

_____

**APPLICATION AND ORDER FOR ADMISSION _PRO HAC VICE_**


**I.**    Applicant is an attorney and a member of the law firm of (or practices under the name of)
American Center for Law & _____ , with offices at   6375 New Hope Road, PO Box 60 _____ ,
Justice                                              (Street Address)

New Hope _____ , Kentucky _____ , 40052 _____ , 502-549-7020 _____ .
(City)              (State)              (Zip Code)        (Telephone No.)


**II.**    Applicant will sign all pleadings with the name   Geoffrey R. Surtees _____ .


**III.**    Applicant has been retained personally or as a member of the above-named firm by

Brookes Baker
Fred Griffith

(List All Parties Represented)

to provide legal representation in connection with the above-styled matter now pending before the United

States District Court, for the Northern District of Texas.


**IV.**    Applicant is a member in good standing of the bar of the highest court of the state of

Kentucky _____ , where Applicant regularly practices law.

Bar license number: 89063 _____   Admission date: _____ October 19, 2001 _____ .


**V.**    Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| U.S. Supreme Court | November 13, 2005 | Active |
| USCA 8th Cir. | May 9, 2003 | Active |
| USCA 10th Cir. | April 10, 2006 | Active |
| (Continued on separate page) | | |

**VI.**     Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

**VII.**    Applicant has never been subject to grievance proceedings or involuntary removal proceedings— regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

**VIII.**   Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

**IX.**     Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application                 Case No. And Style

_____       _____

_____       _____

(If necessary, attach statement of additional applications.)

**X.**      Local counsel of record associated with Applicant in this matter is   Thomas Brandon, Jr._____

who has offices at  Whitaker, Chalk, Swindle & Sawyer, L.L.P., 3500 City Center Tower II_____ ,

_____(Address) 301 Commerce St.  Fort Worth, TX  76102

972-423-3131_____ .

(Telephone No.)

**XI.**     Check the appropriate box below.

        For Application in a **Civil Case**

        ☒     Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D. 284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

        For Application in a **Criminal Case**

        ☐     Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only.

SIGNED this _____ day of ___October___, 20 _09_ .

GEOFFREY SURTEES
_____
Printed Name of Applicant

_____
Signature

I hereby certify that I have served a true and correct copy of this document upon each attorney of record and the original upon the clerk of court accompanied by a $25.00 filing fee on this _16 19_ day of _October_ , _2009_ .

GEOFFREY SURTEES
_____
Printed Name of Applicant

_____
Signature

## ORDER

The Court, having considered the above Application for Admission *Pro Hac Vice*, orders that:

☐ the application be granted. The Clerk of Court shall deposit the application fee to the account of the Non-Appropriated Fund of this Court.

☐ the application be denied. The Clerk of Court shall return the admission fee to the Applicant.

_____     _____
DATE                                                   JUDICIAL OFFICER

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| USDC WD Kentucky | February 5, 2002 | Active |
| USDC ED Kentucky | December 21, 2001 | Active |
| USDC WD Wisconsin | August 14, 2003 | Active |
| USDC WD Michigan | May 9, 2003 | Active |