

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX.
FT. WORTH DIVISION

2009 DEC 10 PM 3:28

CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| BROOKES BAKER and FRED GRIFFITH, | § § § § | |
| Plaintiffs, | § § | CIVIL ACTION NO. |
| v. | § § | 4:09-CV-620-A |
| CITY OF WHITE SETTLEMENT, TEXAS and RANDELL G. BROWN, | § § § | |
| Defendants. | § § | |

## JOINT STIPULATION OF DISMISSAL
## WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Come now Plaintiffs, Brookes Baker and Fred Griffith, and Defendants, City of White Settlement, Texas, and Randell G. Brown, and file this Joint Stipulation of Dismissal as follows:

1. Plaintiffs initiated this action to assert their constitutional rights of freedom of speech in light of the possible enforcement of a city ordinance by the Defendants, which Plaintiffs allege was in violation of their rights.

2. The Defendants answered the claims asserted against them.

3. The parties have met pursuant to this Court's Order dated November 16, 2009 (Doc. 13) and the parties have settled this present Civil Action.

4. Pursuant to Federal Rule of Civil Procedure 41(a) Plaintiffs and Defendants file this joint stipulation of dismissal and request that the Court dismiss all claims and causes of

action by and between any party in this matter with prejudice and that each party bear their own costs and attorneys' fees.

## PRAYER

**WHEREFORE**, Plaintiffs and Defendants respectfully request that this Court dismiss all claims and causes of action by and between any party in this matter with prejudice, with all costs and attorneys fees incurred herein to be borne by the party incurring same.

Dated: December 10, 2009.

Respectfully submitted:

| | |
|---|---|
| *(signature)* | *(signature)* |
| Wayne Olson | Thomas S. Brandon, Jr. |
| Texas Bar No. 15276900 | Texas Bar No. 02881400 |

Fredrick "Fritz" Quast
Texas Bar No. 24032974

*Of Counsel:*
Taylor, Olson, Adkins, Sralla & Elam, LLP
6000 Western Place, Suite 200
Fort Worth, Texas 76107-3654
Telephone: 817-332-2580
Facsimile: 817-332-4740

*Counsel for Defendants*

Michael R. Burkett
Texas Bar No. 03412000

*Of Counsel:*
City Attorney, City of White Settlement
101 Summit Avenue
Fort Worth, Texas 76102-2618
Telephone: 817-338-4300

*Of Counsel:*
Whitaker, Chalk, Swindle & Sawyer, L.L.P.
301 Commerce Street, Suite 3500
Fort Worth, Texas 76102-4186
Telephone: 817-878-0500

*Counsel for Plaintiffs*

Edward L. White III
Michigan Bar No. P62485
*Admitted Pro Hac Vice*

*Of Counsel:*
American Center for Law & Justice
5068 Plymouth Road
Ann Arbor, Michigan 48105
Telephone: 734-662-2984

Geoffrey R. Surtees
Kentucky Bar No. 89063
*Admitted Pro Hac Vice*

*Counsel for Defendants*

*Of Counsel:*
American Center for Law & Justice
6375 New Hope Road
New Hope, Kentucky 40052
Telephone: 502-549-7020

Kelly J. Shackelford
Texas Bar No. 18070950
Hiram Sasser, III
Texas Bar No. 24039157
Roger L. Byron
Texas Bar No. 24062643

*Of Counsel:*
Liberty Legal Institute
903 East 18th Street, Suite 230
Plano, Texas 75074
Telephone: 972-423-3131

*Counsel for Plaintiffs*